

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00558-CV

| | |
|---|---|
| KALYN PETERSON, INDIVIDUALLY AND AS HEIR TO JACOB PETERSON, Appellant | § On Appeal from the 431st District Court |
| | § of Denton County (24-1557-431) |
| V. | § December 4, 2025 |
| D&S RESIDENTIAL SERVICES, LP, Appellee | § Per Curiam Memorandum Opinion |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM